UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                         2:05-cr-26-FtM-29DNF

ADRIAN PSYCHE GADSDEN
_____

### ORDER

     This matter comes before the Court on the Motion By The United States For Reduction in Sentence Pursuant to Fed. R. Crim. P. 35(b) (Doc. #40), filed on May 14, 2008.

     The Court finds that defendant's assistance does qualify as substantial assistance under FED. R. CRIM. P. 35(b) and 18 U.S.C. § 3553(e), and therefore defendant qualifies for a reduction in sentence. The Court finds that a sentence of 115 months imprisonment is sufficient, but not greater than necessary, to comply with the purposes of sentencing as set forth in 18 U.S.C. § 3553(a) after considering defendant's substantial assistance in addition to the previously considered advisory recommendation of the Sentencing Guidelines and all the factors identified at 18 U.S.C. § 3553(a)(1)-(7). All other components of the original sentence shall remain as originally imposed.

     Accordingly, it is now

     **ORDERED**:

1.  The Motion By The United States For Reduction in Sentence Pursuant to Fed. R. Crim. P. 35(b) (Doc. #40) is **GRANTED** as set forth above.

2.  The Clerk of the Court shall enter an Amended Judgment reducing the sentence imposed to 115 months imprisonment as to Count One, and otherwise leaving all other components of the sentence as originally imposed.

**DONE AND ORDERED** at Fort Myers, Florida, this __11th__ day of June, 2008.

*John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record
AUSA Michelland
Adrian Psyche Gadsden
U.S. Probation
U.S. Marshal
DCCD

Jack Gather
Regional Inmate System Administrator
Federal Bureau of Prisons
3800 Camp Creek Parkway, Bldg. 2000
Atlanta, GA 30331